# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No: 9:25-cv-13101-DCN |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DAUFUSKIE MARSH TACKY SOCIETY ) | |
| ) | |
| Defendant. ) | |
| _____, ) | |

**COMPLAINT**

NOW COMES Plaintiff, the United States of America, by and through undersigned counsel, hereby sets forth its Complaint against the Defendant, Daufuskie Marsh Tacky Society and states as follows:

## I.    JURISDICTION AND VENUE

1. This breach of contract action to collect an indebtedness is brought by the United States of America on behalf of the Small Business Administration ('SBA') pursuant to Title 28, United States Code, §1345 and Title 28, United States Code, §3001.

2. The United States Small Business Administration is the assignee and holder of a promissory note that evidences the loan that is the subject of this litigation. The due and owing debt was referred to the US Department of Treasury's Bureau of Fiscal Service for collection in accordance with the Debt Collection Improvement Act of 1996 (31 U.S.C. §3701, et seq.) and ultimately referred to the United States Department of Justice for enforced collection.

3. Defendant, Daufuskie Marsh Tacky Society, is a Not for Profit Corporation in Beaufort County, South Carolina within the jurisdiction of this Court and may be served with process at 281 Old Haig Point Road, Box 87, Daufuskie Island, SC 29915.

## II.     FACTS

4. Paragraphs 1-3 of the Complaint are hereby realleged as if fully rewritten herein.

5. On February 14, 2017, SBA authorized a loan in the amount of $18,200.00 to Daufuskie Marsh Tacky Society.

6. On February 23, 2017, Daufuskie Marsh Tacky Society, executed a Promissory Note (hereinafter "Note"), from U.S. Small Business Administration in the amount of $18,200.00, with interest accruing at variable rates, except as otherwise provided within the Promissory Note with SBA ("Lender"). A true and accurate copy of the Note is attached herein as **Exhibit A.**

7. On February 28, 2017 and March 1, 2017, Defendant signed the Loan Authorization and Agreement. 'A true and accurate copy of the Loan Authorization and Agreement is attached herein as **Exhibit B.**

8. On October 23, 2019, Defendant, Daufuskie Marsh Tacky Society became delinquent on the SBA Loan with a principal balance due of $15,054.91. A true and accurate copy of the Lender's Transcript of Account is attached herein as **Exhibit C.**

9. After applying all payments and proceeds received, the current balance due and owing on the SBA Loan, including interest and allowable administrative fees, totals $23,633.14. A true and accurate copy of the Certificate of Indebtedness is attached herein as **Exhibit D.**

**COUNT ONE: BREACH OF CONTRACT- 28 U.S.C. §3001 -**

I. TRFM15758720

10. Paragraphs 1-10 of the Complaint are hereby realleged as if fully rewritten herein.

11. Defendant, Daufuskie Marsh Tacky Society defaulted on the SBA Loan.

12. SBA holds the Loan evidencing the due and owing debt under the SBA Loan.

13. Defendant, Daufuskie Marsh Tacky Society, owes the United States of America the sum of $23,633.14, which includes the pre-collection principal balance of $15,054.91, plus interest in the amount of $2,311.87 at the rate of 2.62% (percent), administrative fees in the amount of $6,266.36 from March 20, 2025, through September 3, 2025. *See Certificate of Indebtedness.*

14. Following the entry of judgment, the United States respectfully requests judgment interest at the statutory rate in accordance with Title 28 United States Code, §1961.

15. Pursuant to Title 28, United States Code, §2412 (a) (2), the United States respectfully requests an amount equal to the filing fee prescribed in Title 28, United States Code, §1914 (a).

16. Pursuant to the terms of the Loan, the United States respectfully requests reasonable attorney's fees and costs. *See Note,* at ¶5, ("Without notice and without Borrower's consent, SBA may: A) Incur expenses, **including reasonable attorney's fees** and costs, to collect amounts due under this Note and enforce the terms of this Note or any other loan document. If SBA incurs such expenses, it **may demand immediate reimbursement from Borrower**"), [Emphasis added].

WHEREFORE, Plaintiff, the United States of America, on behalf of the Small Business Administration, respectfully prays for relief as follows:

    a. Damages for the SBA Loan in the amount of **$23,633.14**.

    b. Statutory post-judgment interest pursuant to 28 U.S.C. § 3717(a).

  c. An amount equal to the filing fee prescribed in 28 U.S.C. §1914 (a) pursuant to 28 U.S.C. §2412 (a) (2).

  d. Any additional attorney's fees and costs incurred in this action; and

  e. For such other relief as the Court deems just and proper.

Date: October 23, 2025.   Respectfully submitted,

         By: /s/ Eric Hale, Esq.
          Eric Hale (Federal Bar #9404)
          On behalf of Schuerger Law Group
          1044 Wildwood Centre Drive
          Columbia, SC 29229
          (803) 726-3558 – Tel.
          Email: eric.hale@clarksonlawllc.com
          Copies to: efiling@schuergerlaw.com
          *Attorney for Plaintiff United States of America*